In the Matter of 99 WORTH STREET CORPORATION, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued June 5, 1952; decided October 16, 1952.

*Arthur A. Segall* and *Robert L. Pelz* for appellant.

*Denis M. Hurley, Corporation Counsel (James J. McGowan* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.